■

## IN RE E. L.

20170658

Supreme Court of Utah.

· 10/30/2017

20160999

393 P.3d 282

Petition for Writ of Certiorari Denied.

■

## STATE

v.

## SCOTT

20170518

Supreme Court of Utah.

09/20/2017

20140995

397 P.3d 837

Petition for Writ of Certiorari Granted.

■

## STATE

v.

## RAY

20170524

Supreme Court of Utah.

09/07/2017

20121040

397 P.3d 817

Petition for Writ of Certiorari Granted.

■

## REHN

v.

## CHRISTENSEN

20170523

Supreme Court of Utah.

09/06/2017

20150119, 392 P.3d 872

Petition for Writ of Certiorari Denied.